[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16386
Non-Argument Calendar
_____

D.C. Docket No. 8:12-cr-00005-JSM-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VALENTIN DE LA CRUZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 22, 2013)

Before TJOFLAT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

George Bedell, appointed counsel for Valentin de la Cruz in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and de la Cruz's conviction and sentence are **AFFIRMED**.